**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Julie A. Su

                                  Plaintiff,

v.                                             Case No.: 1:24–cv–03609
                                                   Honorable Robert W. Gettleman

Apex Management Group I, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off–the–record settlement call with all counsel held on 02/23/2026. The parties have informed the Court that the parties have reached a settlement in principle which has been reduced to writing in the form of a proposed consent order. All upcoming dates before Judge Holleb Hotaling are stricken. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned district judge. Judge Holleb Hotaling is no longer referred to this case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.