**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LORI CHAVEZ-DEREMER,** Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-03609 |
| v. | ) ) | District Judge Robert W. Gettleman |
| **APEX MANAGEMENT GROUP I, INC.** and **JEFFREY BEMORAS**, | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

In accordance with the Court's March 3, 2026, Order, ECF No. 68, the parties submit this joint status report on their settlement negotiations.

As previously reported on February 24, 2026, *see* ECF No. 67, the parties have reached an agreement in principle to resolve all claims in this matter. Since then, they have finalized the language of a proposed consent order and judgment ("Consent Order") that they plan to submit for the Court's approval and entry. They have also secured the commitment of a qualified candidate who is prepared to serve as a Court-appointed independent fiduciary to implement the Consent Order.

One of the terms of the Consent Order requires Defendants and their third-party administrators to finalize certain disclosures they will be required to make to plan sponsors, and to share the proposed disclosures with the Secretary for her review. Defendants are actively working with their third-party administrators on this issue but need additional time to finalize the proposed disclosures.

The parties respectfully request until April 24, 2026, to resolve this final issue and to file

a motion seeking the Court's approval and entry of the consent order and judgment.

Dated:  March 20, 2026

Respectfully submitted,

**JONATHAN BERRY**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

| | |
|---|---|
| /s/Benjamin R. Salk | /s/Brett Swearingen (with permission) |
| **BENJAMIN R. SALK** | **D. ANDREW PORTINGA** |
| Senior Trial Attorney | **BRETT SWEARINGEN** |
| U.S. Department of Labor | Miller Johnson |
| Office of the Solicitor | 45 Ottawa Avenue SW, Suite 1100 |
| 230 South Dearborn Street, Suite 844 | Grand Rapids, Michigan 49503 |
| Chicago, Illinois 60604 | portingaa@millerjohnson.com |
| salk.benjamin.r@dol.gov | swearingenb@millerjohnson.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2